IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| STACEY HARRISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:04-cv-918-F |
| | ) | WO |
| WAFFLE HOUSE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

On March 30, 2005, the court entered an Order directing plaintiff to retain new counsel on or before April 12, 2005. (Doc. # 15). In said Order, the court also advised the plaintiff that "[i]f no notice of appearance is filed on Plaintiff's behalf before the date specified, the court will refer this cause of action to a Magistrate Judge." (*Id*.). The record reflects that no notice of appearance has been filed on the plaintiff's behalf as of this date and the plaintiff has not requested an extension. Accordingly, it is hereby

ORDERED that the above-styled case is referred to Magistrate Judge Vanzetta P. McPherson for action or recommendation on all pretrial matters.

DONE this 18th day of April, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE